IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR48 |
| v. | |
| ANGELA VANDERVOORT and JASON SPRINKEL, | ORDER |
| Defendants. | |

This matter is before the Court on the government's Motion to Amend Preliminary Order of Forfeiture (Filing No. 108). The government correctly points out the Court's Preliminary Order of Forfeiture (Filing No. 107) contains two typographical errors, that is, paragraphs one and two of the Court's findings indicate $3,696 in United States currency was seized from defendants Angela Vandervoort and Jason Sprinkel, rather than the correct amount of $3,969 in United States currency. To correct that oversight,

IT IS ORDERED:

1. The government's Motion to Amend Preliminary Order of Forfeiture (Filing No. 108) is granted.

2. Paragraphs one and two of the Court's findings in its Preliminary Order of Forfeiture (Filing No. 107) are amended to indicate $3,969 in United States currency was seized from defendants Angela Vandervoort and Jason Sprinkel rather than $3,696 in United States currency.

2. The remainder of the Court's Preliminary Order of Forfeiture remains in full force and effect.

Dated this 15th day of August 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge