IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ANGELA VANDERVOORT,<br><br>                Defendant. | 8:18CR48<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

The United States hereby notifies the Court of the substitution of Crystal C. Correa, Assistant United States Attorney, as counsel for the United States in the above-captioned case, replacing Dwight Artis, who is no longer assigned to this case. Please direct all future pleadings and correspondence to the undersigned.

                                            UNITED STATES OF AMERICA,
                                            Plaintiff

                                            JAN W. SHARP
                                            Acting United States Attorney

By:    *s/ Crystal C. Correa*
           CRYSTAL C. CORREA (IL Bar #6307734)
           Assistant U.S. Attorney
           1620 Dodge Street, Suite 1400
           Omaha, NE 68102-1506
           Tel: (402) 661-3700
           Fax: (402) 345-5724
           E-mail: crystal.correa@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on July 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

                                              s/ Crystal C. Correa
                                              Assistant U.S. Attorney